# Exhibit A

# In-N-Out Burgers v. Pappas Restaurants, Inc.
# Original Complaint









Store #13



Store #4