# Exhibit B

# In-N-Out Burgers v. Pappas Restaurants, Inc.
# Original Complaint

Int. Cl.: 42

Prior U.S. Cl.: 100

**United States Patent and Trademark Office**  **Reg. No. 1,646,401**
Registered May 28, 1991

## SERVICE MARK
### PRINCIPAL REGISTER



IN-N-OUT BURGERS (CALIFORNIA CORPORATION)
13502 EAST VIRGINIA AVENUE
BALDWIN PARK, CA 91706

   FOR: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES FEATURING, SANDWICHES, IN CLASS 42 (U.S. CL. 100).

   FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.
   OWNER OF U.S. REG. NOS. 1,514,689, 1,539,451 AND OTHERS.

   SER. NO. 74-043,571, FILED 3-28-1990.

CHRISTOPHER KELLY, EXAMINING ATTORNEY

**United States Patent and TRADEMARK Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Oct 7 04:35:46 EDT 2011

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ___ OR [Jump] to record: ___   **Record 49 out of 93**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

| | |
|---|---|
| Goods and Services | IC 042. US 100. G & S: restaurant services and carry-out restaurant services featuring, sandwiches. FIRST USE: 19540000. FIRST USE IN COMMERCE: 19540000 |
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 24.15.25 - Other arrows<br>26.11.21 - Rectangles that are completely or partially shaded<br>26.17.12 - Angles (geometric); Chevrons |
| Serial Number | 74043571 |
| Filing Date | March 28, 1990 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | March 5, 1991 |
| Registration Number | 1646401 |
| Registration Date | May 28, 1991 |
| Owner | (REGISTRANT) In-N-Out Burgers CORPORATION CALIFORNIA 4199 CAMPUS DRIVE NINTH FLOOR IRVINE CALIFORNIA 92612 |
| Prior Registrations | 1514689;1516560;1522799;1525982;1528455;1528456;1539451;AND OTHERS |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20100920. |
| Renewal | 2ND RENEWAL 20100920 |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Exhibit C

# In-N-Out Burgers v. Pappas Restaurants, Inc.
# Original Complaint

Int. Cls.: 30 and 42
Prior U.S. Cls.: 46, 100 and 101                    Reg. No. 1,031,096
**United States Patent and Trademark Office**       Registered Jan. 20, 1976
Amended                                             OG Date Apr. 6, 2010

**TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER**



IN-N-OUT BURGERS (CALIFORNIA CORPORATION)
4199 CAMPUS DRIVE
NINTH FLOOR
IRVINE, CA 92612

OWNER OF U.S. REG. NO. 994,801.

NO REGISTRATION RIGHTS ARE CLAIMED FOR THE WORD "BURGER" APART FROM THE MARK SHOWN, BUT THE APPLICANT WAIVES NONE OF ITSCOMMON LAW RIGHTS IN THE MARK SHOWN OR ANY OF THE FEATURES SHOWN.

FOR: CHEESEBURGERS, HAMBURGERS, FRENCH FRIED POTATOES, HOT COFFEE, * AND * MILK [, AND HOT CHOCOLATE ], IN CLASS 30 (INT. CL. 30).
FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.

FOR: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES , IN CLASS 42 (INT. CL. 42).
FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.
SER. NO. 72-452,847, FILED 3-29-1973.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 6, 2010.*

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Oct 20 04:35:46 EDT 2011

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

**Record 1 out of 1**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

IN-N-OUT BURGER

| | |
|---|---|
| Word Mark | IN-N-OUT BURGER |
| Goods and Services | IC 030. US 046. G & S: CHEESEBURGERS, HAMBURGERS, FRENCH FRIED POTATOES, HOT COFFEE, * and * MILK [, AND HOT CHOCOLATE ]. FIRST USE: 19540000. FIRST USE IN COMMERCE: 19540000 |
| | IC 042. US 100 101. G & S: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES. FIRST USE: 19540000. FIRST USE IN COMMERCE: 19540000 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 07.13.03 - Advertising, signs, mounted or with posts or standards; Street signs (mounted on posts) |
| | 24.15.25 - Other arrows |
| | 26.11.21 - Rectangles that are completely or partially shaded |
| Serial Number | 72452847 |
| Filing Date | March 29, 1973 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Change In Registration | CHANGE IN REGISTRATION HAS OCCURRED |
| Registration Number | 1031096 |
| Registration Date | January 20, 1976 |
| Owner | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 4199 CAMPUS DRIVE NINTH FLOOR IRVINE CALIFORNIA 92612 |
| Prior Registrations | 0994801 |
| Disclaimer | NO REGISTRATION RIGHTS ARE CLAIMED FOR THE WORD "BURGER" APART FROM THE MARK SHOWN, BUT THE APPLICANT WAIVES NONE OF ITS COMMON LAW RIGHTS IN THE MARK SHOWN OR ANY OF THE FEATURES SHOWN. |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20060114. |
| Renewal | 2ND RENEWAL 20060114 |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Exhibit D

# In-N-Out Burgers v. Pappas Restaurants, Inc.
# Original Complaint

Int. Cls.: 29, 30, 32 and 42

Prior U.S. Cls.: 45, 46 and 100

**United States Patent and Trademark Office**

Reg. No. 1,516,560
Registered Dec. 13, 1988

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



IN-N-OUT BURGERS (CALIFORNIA CORPORATION)
13502 EAST VIRGINIA AVENUE
BALDWIN PARK, CA 91706

FOR: MILK AND FRENCH FRIED POTATOES FOR CONSUMPTION ON OR OFF THE PREMISES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 6-0-1987; IN COMMERCE 6-0-1987.

FOR: HAMBURGER SANDWICHES AND CHEESEBURGER SANDWICHES, HOT COFFEE, AND MILKSHAKES FOR CONSUMPTION ON OR OFF THE PREMISES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 6-0-1987; IN COMMERCE 6-0-1987.

FOR: LEMONADE AND SOFT DRINKS FOR CONSUMPTION ON OR OFF THE PREMISES, IN CLASS 32 (U.S. CL. 45).

FIRST USE 6-0-1987; IN COMMERCE 6-0-1987.

FOR: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES, IN CLASS 42 (U.S. CL. 100).

FIRST USE 6-0-1987; IN COMMERCE 6-0-1987.

OWNER OF U.S. REG. NOS. 1,023,506, 1,281,821 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BURGER", APART FROM THE MARK AS SHOWN.

THE MARK COMPRISES THE WORDS "IN-N-OUT BURGER" IN THE COLOR RED SUPERIMPOSED OVER A STYLIZED ARROW OF THE COLOR YELLOW OUTLINED IN RED.

SER. NO. 724,430, FILED 4-25-1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTORNEY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Oct 20 04:35:46 EDT 2011

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

### Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | IN-N-OUT BURGER |
| **Goods and Services** | IC 029. US 046. G & S: MILK AND FRENCH FRIED POTATOES FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19870600. FIRST USE IN COMMERCE: 19870600<br><br>IC 030. US 046. G & S: HAMBURGER SANDWICHES AND CHEESEBURGER SANDWICHES, HOT COFFEE, AND MILKSHAKES FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19870600. FIRST USE IN COMMERCE: 19870600<br><br>IC 032. US 045. G & S: LEMONADE AND SOFT DRINKS FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19870600. FIRST USE IN COMMERCE: 19870600<br><br>IC 042. US 100. G & S: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES. FIRST USE: 19870600. FIRST USE IN COMMERCE: 19870600 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.02 - Arrows forming any other geometric figure<br>24.15.25 - Other arrows<br>26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 73724430 |
| **Filing Date** | April 25, 1988 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 20, 1988 |
| **Registration Number** | 1516560 |
| **Registration Date** | December 13, 1988 |
| **Owner** | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 4199 CAMPUS DRIVE NINTH FLOOR IRVINE CALIFORNIA 92612 |
| **Prior Registrations** | 1023506;1031095;1031096;1085163;1101628;1101638;1281821;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BURGER" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | THE MARK COMPRISES THE WORDS "IN-N-OUT BURGER" IN THE COLOR RED SUPERIMPOSED OVER A STYLIZED ARROW OF THE COLOR YELLOW OUTLINED IN RED. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20080502. |
| **Renewal** | 1ST RENEWAL 20080502 |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY