# Exhibit E

# In-N-Out Burgers v. Pappas Restaurants, Inc.
# Original Complaint

